John J. Nelson (SBN 317598)
MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC
401 W Broadway, Suite 1760
San Diego, CA 92101
Tel.:   (858) 209-6941
jnelson@milberg.com

*Additional Counsel on Signature Page*

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.M., on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTERHELP, INC.<br><br>Defendants. | Case No.: 3:23-cv-01033-RS<br><br><u>CLASS ACTION</u><br><br>**REVISED ORDER IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND FILED CONSOLIDATED AMENDED COMPLAINT**<br><br>Judge:         Hon. Richard Seeborg<br><br>Complaint Filed:    March 7, 2023 |
| JANE DOE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTERHELP, INC. AND DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 3:23-cv-01096-RS<br><br><u>CLASS ACTION</u><br><br>Complaint Filed:    March 11, 2023 |

REVISED ORDER IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND FILED CONSOLIDATED AMENDED COMPLAINT

| | |
|---|---|
| L.M., individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BETTERHELP, INC. d/b/a COMPILE, INC., also d/b/a MYTHERAPIST, also d/b/a TEEN COUNSELING, also d/b/a PRIDE COUNSELING, also d/b/a ICOUNSELING, also d/b/a REGAIN, also d/b/a TERRAPPEUTA<br><br>    Defendant. | Case No.: 3:23-cv-1382-RS<br><br><u>CLASS ACTION</u><br><br>Complaint Filed:    March 23, 2023 |
| V.K., T.R., and J.S., individually, and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br>v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No.:  5:23-cv-01653-NC<br><br><u>CLASS ACTION</u><br><br>Complaint Filed:    April 6, 2023 |
| R.S., individually, and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>BETTERHELP, INC.,<br><br>    Defendant. | Case No.:  5:23-cv-01839<br><br><u>CLASS ACTION</u><br><br>Complaint Filed:    April 14, 2023 |

REVISED ORDER IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE
RELATED ACTIONS AND FILED CONSOLIDATED AMENDED COMPLAINT

|  |  |
|---|---|
| JOHN DOE I, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BETTERHELP, INC.<br><br>Defendant. | Case No.: 5:23-cv-02193<br><br><u>CLASS ACTION</u><br><br>Complaint Removed:     May 4, 2023 |

## ORDER

WHEREAS Plaintiff C.M. filed an Amended Joint Motion to Consolidate Related Actions and File a Consolidated Amended Complaint;

WHEREAS the Parties jointly request that the court set a schedule for the appointment of interim class counsel;

It is hereby ORDERED:

1. The following cases pending before the United States District Court for the Northern District of California are hereby consolidated for pre-trial purposes pursuant to Fed. R. Civ. P. 42(a) (hereafter the "Consolidated Action"):

- *C.M v. BetterHelp, Inc.,* Civil Action No.: 3:23-cv-01033-RS, filed on March 7, 2023.
- *Jane Doe v. BetterHelp, Inc.*, Civil Action No.: 3:23-cv-01096-RS, filed on March 11, 2023.
- *L.M. v. BetterHelp, Inc., etc.*, Civil Action No.: 3:23-1382-RS, filed on March 23, 2023.

REVISED ORDER IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND FILED CONSOLIDATED AMENDED COMPLAINT

- *V.K., et al. v. BetterHelp, Inc.,* Civil Action No.: 5:23-1653-NC, filed on April 6, 2023.
- *R.S v. BetterHelp, Inc.*, Civil Action No.: 5:23-cv-01839, filed on April 14, 2023.
- *Doe I v. BetterHelp, Inc.*, Civil Action No.: 5:23-cv-02193, removed on May 4, 2023

2. All papers filed in the Consolidated Action shall be filed under Case No. 3:23-cv-01033-RS and shall bear the following caption:

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE BETTERHELP, INC. DATA DISCLOSURE CASES** | Master File No. 3:23-cv-01033-RS |
| This Document Relates To: _____/ | |

3. The case file for the Consolidated Action will be maintained under Master File No. 3:23-cv-01033-RS. When a pleading is intended to apply to all actions to which this Order applies, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption described above. When a pleading is not intended to apply to all actions, the docket number for each individual action to which the paper is intended to apply and the last name of the first-named plaintiff in said action shall appear immediately after the words "This Document Relates To:" in the caption identified above, for example, "(3:23-cv-01033-RS) (C.M.)."

REVISED ORDER IN CONNECTION WITH PLAINTIFFS' JOINT MOTION TO CONSOLIDATE RELATED ACTIONS AND FILED CONSOLIDATED AMENDED COMPLAINT

4.  Any action subsequently filed, transferred, or removed to this Court that arises out of the same or similar operative facts as the Consolidated Action will be, with the Court's approval, consolidated with the Consolidated Action for pre-trial purposes.

5.  Initial deadlines for the Consolidated Action are as follows:

    a.  In order to avoid unnecessary motion practice that consumes the resources of the parties and Court alike, Plaintiffs' counsel shall explore whether they are able to self-organize and agree on a consensus leadership structure. If so, within seven (7) days of the entry of this Order, Plaintiffs' counsel shall file a joint motion to appoint interim class counsel, including lead counsel and, if appropriate, liaison counsel and/or a steering committee.

    b.  If Plaintiffs are unable to agree on a consensus leadership structure, within seven (7) days of the entry of this Order, any attorney who has filed an action in the Related Actions or any other action arising out of the same or similar operative facts now pending or hereafter filed in, removed to, or transferred to this District, may file an application for appointment as interim class counsel or other designated counsel either individually or as part of a proposed leadership structure. All such applications shall be e-filed in the Consolidated Action, no later than 5 p.m. Pacific Time, seven (7) calendar days from the date of entry of this Order. Each attorney's or proposed leadership structure's application shall not exceed ten (10) pages (formatted in accordance with local rules) addressing the factors set forth in Rule 23(g) or other relevant factors, and may include a resume no longer than three pages. In the interest of efficiency and judicial economy, response

briefs are prohibited. The Court may hold a hearing on the applications or appoint interim counsel or other designated counsel based on timely written submissions.

    c.    Plaintiffs shall file a Consolidated Amended Complaint superseding all previously individually filed complaints no later than thirty (30) days following entry of an order appointing interim class counsel or other designated counsel;

    d.    Defendant shall file a responsive pleading to the Consolidated Amended Complaint no later than thirty (30) days following the filing of the Consolidated Amended Complaint.

6.    The Court will hold a scheduling conference shortly after the appointment of interim or other designated counsel to set any remaining deadlines, provide for the commencement of discovery and to discuss the possibility of an early resolution.

IT IS SO ORDERED

Date: May 23, 2023

HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE